Maria D. Noto, Esq.
LAW OFFICE OF MARIA D. NOTO, P.C.
746 Highway 34, Suite 8
Matawan, New Jersey 07747
**Attorney for Defendant**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br><br>v.<br><br>CHERYLE SUTTER,<br><br>*Defendant.* | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br><u>CRIMINAL ACTION</u><br><br>Case No. 2:11-cr-00080-SDW<br><br>ORDER |

This matter having come before the Court by application of Maria DelGaizo Noto, Esq., counsel for defendant, and Anthony J. Mahajan, Assistant United States Attorney, appearing for the Government, and for good cause shown,

IT IS on this 27th day of September 2011,

ORDERED that the conditions of the bail of defendant, Cheryle Sutter, be modified to permit her to live with Ivan Lugo.

_____
Honorable Susan D. Wigenton, U.S.D.J.